*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:04cr9-RH/WCS

LUCAS OMAR DOMINGUEZ,

    Defendant.

_____/

## ORDER REDUCING SENTENCE

The term of imprisonment to which defendant Lucas Omar Dominguez is sentenced is hereby reduced to a term of twenty-four (24) months. In all other respects the original sentence remains unchanged.

SO ORDERED this 7th day of August, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge